ANGELA ALIOTO, (SBN 130328)
STEVEN L. ROBINSON, (SBN 116146)
CATHERINE GREGORY, (SBN 242006)
**LAW OFFICES OF JOSEPH L. ALIOTO
AND ANGELA ALIOTO**
700 Montgomery Street
San Francisco, CA 94111
Telephone: (415) 434-8700
Facsimile: (415) 438-4638

Attorneys for Plaintiffs **Kenneth Robinson,
Tony Hawkins, Rudy Jackson, Percy McIntosh**,
**Rick Spight**, **Tyronne Watson, Nicole Williams,
& Norman Alston**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KENNETH ROBINSON, DARRYL DuCHENE, TONY HAWKINS, RUDY JACKSON, PERCY McINTOSH, RICK SPIGHT, TYRONE WATSON, NICOLE WILLIAMS, NORMAN ALSTON,**<br><br>Plaintiffs,<br><br>vs.<br><br>**SECRETARY OF THE TREASURY JOHN SNOW**,<br><br>Defendant, | CASE NO. 1:05-CV-01258-OWW-LJO<br><br>**STIPULATION OF PARTIES ON FILING A SECOND AMENDED COMPLAINT & ORDER** |

Whereas eight of the nine Plaintiffs in this case (**Kenneth Robinson, Tony Hawkins, Rudy Jackson, Percy McIntosh**, **Rick Spight**, **Tyronne Watson, Nicole Williams,** and **Norman Alston**) all of whom were previously in pro per, have recently elected to retain counsel;

Whereas the Court ordered the Plaintiffs herein to seek leave of the Court to file a second amended complaint no later than July 12, 2006;

Whereas the United State Attorney Office has represented that it will stipulate to the

**Stipulation of Parties - re Second Amended Complaint**
& [Proposed] **Order**, Case No. CV F 05-1258 OWW LJO

1 filing of a second amended complaint in this matter; and

2 Whereas it is understood by all the parties to this stipulation that the Defendant herein
3 does not waive Plaintiffs' obligations for service under Federal Rules of Civil Procedure No.
4 4(I).

5 THEREFOR, Plaintiffs **Kenneth Robinson, Tony Hawkins, Rudy Jackson, Percy**
6 **McIntosh**, **Rick Spight**, **Tyronne Watson, Nicole Williams,** and **Norman Alston**, and
7 Defendant **John Snow,** Secretary of the Treasury stipulate that the proposed second amended
8 complaint, filed concurrently with this stipulation, be filed with the Court, superseding all prior
9 complaints filed by the stipulating Plaintiffs.

10 Date:_____                              THE LAW OFFICES OF JOSEPH
                                                            L. ALIOTO & ANGELA ALIOTO
11
12
13
                                                            By: Steven L. Robinson
14                                                          Attorneys for Plaintiffs
    Date:_____
15                                                          OFFICE OF THE UNITED STATES
                                                            ATTORNEY
16

17

18
                                                            Brian W. Enos
19                                                          Assistant United States Attorney

20

21

22

23

24

25

26

27

28 **Stipulation of Parties - re Second Amended Complaint**
   & [Proposed] **Order**, Case No. CV F 05-1258 OWW LJO
                                                                                        - 2 -

                                      **ORDER**

      Based upon the stipulated request of Plaintiffs (**Kenneth Robinson, Tony Hawkins, Rudy Jackson, Percy McIntosh, Rick Spight, Tyronne Watson, Nicole Williams,** and **Norman Alston**) and Defendant **John Snow** that leave be granted those Plaintiffs to file a second amended complaint, there is good cause to order that the proposed second amended complaint filed concurrently with this stipulation be ordered filed and that it be served upon the Defendant forthwith.

      <u>**IT IS SO ORDERED.**</u>

**Dated:    July 18, 2006**                    /s/ Lawrence J. O'Neill
**66h44d**                                **UNITED STATES MAGISTRATE JUDGE**

**Stipulation of Parties - re Second Amended Complaint**
& [Proposed] **Order**, Case No. CV F 05-1258 OWW LJO

- 3 -