1

2

3

4

5

6

7

8

9    **IN THE UNITED STATES DISTRICT COURT**

10        **FOR THE EASTERN DISTRICT OF CALIFORNIA**

11

12  KENNETH ROBINSON, et al.,                    CASE NO. CV F 05-1258 OWW LJO

13            Plaintiffs,                 _____ **ORDER TO PLAINTIFF DARRYL DUCHENE**
                                                  **TO SHOW CAUSE**
14        vs.

15  JOHN SNOW, Secretary of the
    Treasury,
16
                Defendant.
17  _____/

18        This Court's June 21, 2006 order set an August 1, 2006 status conference at which plaintiff

19  Darryl DuChene ("Mr. DuChene") did not appear.  At the status conference, Steven L. Robinson ("Mr.

20  Robinson"), attorney for other plaintiffs, explained that Mr. DuChene had not retained Mr. Robinson's

21  law firm and proceeds pro se.  As such, this Court ORDERS Mr. DuChene, no later than August 16,

22  2006, to show cause in writing why this action should not be dismissed due to Mr. DuChene's failure

23  to comply with the June 21, 2006 order, to appear at the status conference, and to otherwise prosecute

24  this action.  This Court further ORDERS Mr. DuChene to explain whether he will seek representation

25  by an attorney, dismiss this action voluntarily or proceed pro see (without representation by an attorney).

26  Mr. DuChene may discharge this order to show cause if he substitutes an attorney, including Mr.

27  Robinson, in his place.

28        This Court DIRECTS the clerk to serve a copy of this order on Darryl DuChene at E. Christine

1

1    Ave., Fresno, CA 93727 and on Assistant U.S. Attorney Brian Enos, 2500 Tulare Street, Suite #4401,

2    Fresno, CA 93721, and if possible, by e-mail.

3        IT IS SO ORDERED.

4    **Dated:**    **August 1, 2006**             **/s/ Lawrence J. O'Neill**

     66h44d                   UNITED STATES MAGISTRATE JUDGE

2