ANGELA ALIOTO (SBN 130328)
STEVEN L. ROBINSON (SBN 116146)
LAW OFFICES OF JOSEPH L. ALIOTO
AND ANGELA ALIOTO
700 Montgomery Street
San Francisco, CA  94111
Telephone: (415) 434-8700
Facsimile: (415) 438-4638

Attorneys for Plaintiffs

McGREGOR W. SCOTT
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Defendant John W. Snow, Secretary
of United States Department of Treasury

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH ROBINSON, Et al,<br><br>            Plaintiffs,<br><br>    v.<br><br>JOHN W. SNOW, SECRETARY,<br>UNITED STATES DEPARTMENT OF<br>TREASURY,<br><br>            Defendant. | 1:05-cv-01258-LJO-NEW (WMW)<br><br>**STIPULATION TO EXTEND TIME FOR DISCLOSURE OF EXPERT WITNESSES AND CLOSE OF DISCOVERY;<br>[PROPOSED] ORDER RE SAME** |

       Plaintiffs Kenneth Robinson, Tony Hawkins, Rudy Jackson,

Percy McIntosh, Nicole Williams, Tyrone Watson, Norman Alston and

Rick Spight ("plaintiffs") and defendant John W. Snow

("defendant"), through their counsel of record in this action,

stipulate as follows:

1    WHEREAS, the existing scheduling conference order has set
2  the deadline for disclosure of experts on August 27, 2007, with
3  the deadline for disclosure of supplemental experts being
4  September 17, 2007.

5    WHEREAS, this a multiple plaintiff case of employment
6  discrimination.

7    WHEREAS, the documentary record thus far disclosed in
8  discovery has proven to be immense.

9    WHEREAS, the attorneys for the litigants in this matter have
10  diligently pursued discovery in this matter.

11    WHEREAS, the attorney for the Defendant does not anticipate
12  completing depositions of the Plaintiffs before August 27, 2007.

13    WHEREAS, the attorney for the Plaintiff does not anticipate
14  completing certain key depositions before August 27, 2007 (e.g.
15  of a corporate designee).

16    WHEREAS, the attorney for the Defendant is scheduled to
17  appear in trial before this same court in the matter of *Soldano*
18  *v. United States*, Case No. 1:01-cv-05462 LJO SMS, starting on
19  September 14, 2007.  In light of his recently inheriting this
20  case from a departed colleague, he anticipates that he will not
21  be able to participate in discovery in this matter during the
22  time of trial and for several weeks before the start of said
23  trial.

24    WHEREAS, in view of the trial referenced above, the
25  Defendant requests an extension of the discovery cut off from
26  November 16, 2007 until December 14, 2007.

27

28

THEREFORE, the parties believe it is in the best interest of all parties and in the interests of justice generally, that the deadline for disclosure of expert witnesses be extended. They therefore stipulate as follows:

1.    The non-expert discovery cut off be extended until December 16, 2007;

2.    The deadline for disclosure of experts be extended until on or before December 14, 2007;

3.    The deadline for disclosure of supplemental or rebuttal experts be extended until on or before January 11, 2008;

4.    The deadline for completion of expert witness discovery be extended until January 30, 2008.

DATED:  August __, 2007                Respectfully submitted,

                                       THE LAW OFFICES OF JOSEPH L.
                                       ALIOTO & ANGELA ALIOTO


                                       _____
                                 By:   Steven L. Robinson
                                       Attorneys for Plaintiffs


Dated: August 14, 2007                 McGREGOR W. SCOTT
                                       United States Attorney


                                 By:   /s/ Brian W. Enos
_____    BRIAN W. ENOS
                                       Assistant U.S. Attorney
                                       Attorneys for Defendant


IT IS SO ORDERED.

**Dated:   August 14, 2007**          _____/s/ Lawrence J. O'Neill_____
                                       UNITED STATES DISTRICT JUDGE

3