```
 1  ANGELA ALIOTO (SBN 130328)
    STEVEN L. ROBINSON (SBN 116146)
 2  LAW OFFICES OF JOSEPH L. ALIOTO
    AND ANGELA ALIOTO
 3  700 Montgomery Street
    San Francisco, CA  94111
 4  Telephone: (415) 434-8700
    Facsimile: (415) 438-4638
 5

 6  Attorneys for Plaintiffs

 7  McGREGOR W. SCOTT
    United States Attorney
 8  BRIAN W. ENOS
    Assistant United States Attorney
 9  United States Courthouse
    2500 Tulare Street, Suite 4401
10  Fresno, California 93721
    Telephone:  (559) 497-4000
11  Facsimile:  (559) 497-4099

12  Attorneys for Defendant John W. Snow, Secretary
    of United States Department of Treasury
13
```

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KENNETH ROBINSON, Et al,<br>            Plaintiffs,<br><br>   v.<br><br>JOHN W. SNOW, SECRETARY,<br>UNITED STATES DEPARTMENT OF<br>TREASURY,<br><br>            Defendant. | 1:05-cv-01258-LJO-NEW (WMW)<br><br>**STIPULATION TO (1) EXCEED COURT'S PAGE LIMITS IMPOSED IN STANDING ORDER RE: DEFENDANT'S PENDING MOTION TO DISMISS, AND (2) EXTEND BRIEFING SCHEDULE RE SAME; ORDER** |

Plaintiffs Kenneth Robinson, Tony Hawkins, Rudy Jackson, Percy McIntosh, Nicole Williams, Tyrone Watson, Norman Alston and Rick Spight ("plaintiffs") and defendant John W. Snow ("defendant"), through their counsel of record in this action, stipulate as follows:

WHEREAS, this is a multiple-plaintiff case alleging claims of employment discrimination and retaliation.

WHEREAS, plaintiffs' Second Amended Complaint alleges in excess of 50 collective claims of employment discrimination and/or retaliation against defendant;

WHEREAS, defendant has neared completing a motion to dismiss the majority of plaintiffs' claims on grounds including but not limited to failure to exhaust administrative remedies;

WHEREAS, the parties are cognizant of this Court's Standing Order regarding page limits, which provides in pertinent part:

> "[u]nless prior leave of Court is obtained seven days before the filing date, all moving and opposition briefs or legal memorandum in civil cases shall not exceed 25 pages.  Reply briefs filed by moving parties shall not exceed 10 pages.  Briefs that exceed the page limitations or are sought to be filed without leave may not be considered.  If combined supporting papers or opposition papers exceed 25 pages, the parties are required to submit a complete set of all papers to chambers, properly tabbed and fastened and prominently labeled COURTESY COPY."

WHEREAS, defendant's draft motion, which is nearly complete, presently exceeds 30 pages in length, even though written in Times New Roman font.  This is largely due to its incorporating an underlying draft declaration from the Internal Revenue Service that itself will approximate 25 pages in length by the time it is finalized.  Defendant advises the Court that this declaration's volume derives from its addressing multiple claims alleged by each of this action's eight separate plaintiffs.

THEREFORE, the parties believe it is in the best interest of all parties and in the interests of justice generally, that (1) the Court's Standing Order regarding page limits relevant to the

above-described motion be lifted, and (2) the parties' briefing schedule be extended beyond the normal time limits set forth in Local Rule 78-230, as set forth below:

    1.    The parties may file moving and opposition briefs regarding the above motion which may be up to forty (40) pages in length;

    2.    The defendant may file a reply brief regarding the above motion which may be up to fifteen (15) pages in length;

    3.    Plaintiffs may have an additional ten (10) days by which to file their opposition brief regarding the above motion, in addition to the time provided in Local Rule 78-230(c); and

    4.    Defendant may have an additional seven (7) days by which to file his reply brief regarding the above motion, in addition to the time provided in Local Rule 78-230(d).

///

Dated: October 1, 2007          Respectfully submitted,

THE LAW OFFICES OF JOSEPH L. ALIOTO & ANGELA ALIOTO

(As auth. 10/1/07)

By:  /s/ Steven L. Robinson
     Steven L. Robinson
     Attorneys for Plaintiffs

Dated: October 1, 2007          McGREGOR W. SCOTT
United States Attorney

By:  /s/ Brian W. Enos
     BRIAN W. ENOS
     Assistant U.S. Attorney
     Attorneys for Defendant

///

ORDER

This Court GRANTS the parties their stipulated extended briefing schedule and page limits on the condition that the parties' papers are clear, concise, succinct and not unnecessarily repetitive.

IT IS SO ORDERED.

**Dated:  October 2, 2007**          /s/ Lawrence J. O'Neill
                                     UNITED STATES DISTRICT JUDGE