IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH ROBINSON, et al.,<br><br>　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>HENRY M. PAULSON, JR., Secretary of the Treasury,<br><br>　　　　　　　Defendant.<br>_____/ | CASE NO. CV F 05-1258 LJO GSA<br><br>**ORDER TO ENTER JUDGMENT AGAINST PLAINTIFF RUDY JACKSON**<br>(Doc. 86.) |

This Court entered its November 26, 2007 order ("November 26 order") to dismiss claims of all plaintiffs except Rudy Jackson ("Mr. Jackson") and Tyrone Watson. As directed by the November 26 order, the clerk entered judgment in favor of defendant Henry M. Paulson, Jr., Secretary, United States Department of Treasury ("Government"), and against all plaintiffs except Mr. Jackson and Tryone Watson. Based on the Government's motion to dismiss papers, this Court was unclear whether the Government sought to dismiss all of Mr. Jackson's claims. As such, the November 26 order did not direct the clerk to enter judgment against him.

The Government filed its December 7, 2007 request to confirm that it intended to dismiss all of Mr. Jackson's "substantive" claims. Based on the parties' representations, this Court understands that the November 26 order dismisses all of Mr. Jackson's claims.

As such, this Court DIRECTS the clerk to enter judgment in favor of defendant Henry M.

1  Paulson, Jr., Secretary, United States Department of Treasury, and against plaintiff Rudy Jackson.
2      IT IS SO ORDERED.
3  **Dated:**    **December 10, 2007**        **/s/ Lawrence J. O'Neill**
                                                                      UNITED STATES DISTRICT JUDGE