ANGELA ALIOTO (SBN 130328)
STEVEN L. ROBINSON (SBN 116146)
LAW OFFICES OF JOSEPH L. ALIOTO
AND ANGELA ALIOTO
700 Montgomery Street
San Francisco, CA  94111
Telephone: (415) 434-8700
Facsimile: (415) 438-4638

Attorneys for Plaintiff Tyrone Watson

McGREGOR W. SCOTT
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Defendant Henry M. Paulson, Secretary
of United States Department of Treasury

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KENNETH ROBINSON, et al., )<br>)<br>)<br>)<br>                Plaintiffs, )<br>)<br>     v. )<br>)<br>HENRY M. PAULSON, SECRETARY, )<br>UNITED STATES DEPARTMENT OF )<br>TREASURY, )<br>)<br>                Defendant. )<br>_____) | 1:05-cv-01258-LJO-GSA<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DISCLOSURE OF EXPERT WITNESSES AND CLOSE OF DISCOVERY** |

Plaintiff Tyrone Watson ("plaintiff") and defendant Henry M. Paulson ("defendant"), through their counsel of record in this action, stipulate as follows:

WHEREAS, this case's present October 26, 2007 scheduling order contains the following deadlines: (1) expert disclosure –

1  January 14, 2008; (2) non-expert discovery cutoff - January 16,
2  2008; (3) supplemental expert disclosure - February 11, 2008; and
3  (4) expert discovery cutoff - March 3, 2008.(Doc. 74)
4      WHEREAS, this case originated as an multiple plaintiff case
5  of employment discrimination which has since developed an immense
6  documentary record.
7      WHEREAS, pursuant to two court rulings in November and
8  December 2007, only plaintiff Tyrone Watson remains as a
9  plaintiff.  For purposes of this stipulation, these rulings
10 enabled the parties to focus their remaining discovery efforts on
11 plaintiff Watson's remaining claims.   (Doc. 78, Doc. 87)
12     WHEREAS, the attorneys for the litigants in this matter have
13 diligently pursued discovery in this matter, both before and
14 subsequent to the above court rulings.  In fact, they have either
15 started or completed the depositions of four witnesses within the
16 past ten days.
17     WHEREAS, on January 4, 2008, the parties stipulated to
18 expand plaintiff's ten-deposition limit by an additional three
19 depositions, and this stipulation was endorsed by way of formal
20 order on January 8, 2008. (Doc. 92).
21     WHEREAS, despite both parties' diligence and in light of
22 their respective impacted calendars, neither party will be able
23 to complete remaining necessary depositions by today's discovery
24 cutoff date, which in turn necessitates a discovery cutoff
25 extension.  This is also due in part to limited witness and party
26 availability during the recent holiday period.
27
28

2

1   WHEREAS, in light of respective experts' needs to analyze
2 available discovery prior to disclosing expert reports, a
3 corresponding thirty day extension of expert-related deadlines is
4 also necessary.
5   WHEREAS, in light of the good cause bases set forth above
6 and as specifically detailed below, the parties request each of
7 the above four litigation deadlines be extended approximately
8 thirty days.
9   THEREFORE, the parties believe it is in the best interest of
10 all parties and in the interests of justice generally, that the
11 following deadlines be extended as follows, and that the Court
12 endorse this stipulation by way of formal order:

|                                       | Old Date          | **New Date**          |
|---------------------------------------|-------------------|-----------------------|
| Discovery Deadline:                   | January 16, 2008  | **February 15, 2008** |
| Expert Disclosure Deadline            | January 14, 2008  | **February 14, 2008** |
| Supplemental Expert Disclosure Deadline | February 11, 2008 | **March 11, 2008**    |
| Expert Discovery Deadline:            | March 3, 2008     | **April 3, 2008**     |

                        Respectfully submitted,

Dated: January 16, 2008              THE LAW OFFICES OF JOSEPH L.
                                     ALIOTO & ANGELA ALIOTO

                                     (As authorized 1/16/08)
                                     /s/Steven L. Robinson
                                By:  Steven L. Robinson
                                     Attorneys for Plaintiff
///
///
///

3

```
Dated: January 16, 2008              McGREGOR W. SCOTT
                                     United States Attorney


                                By:  /s/ Brian W. Enos
                                     BRIAN W. ENOS
                                     Assistant U.S. Attorney
                                     Attorneys for Defendant
```

**ORDER**

IT IS SO ORDERED.

**Dated:** **January 17, 2008**          **/s/ Gary S. Austin**
                                         UNITED STATES MAGISTRATE JUDGE