**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KENNETH ROBINSION, | CASE NO. CV F 05-1258 LJO SKO |
| Plaintiff, | **ORDER ON BRIEFING SCHEDULE** |
| vs. | (Doc. 141.) |
| TIMOTHY GEITHENR, Secretary of the Treasury, | |
| Defendant. _____ / | |
| PERRY McINTOSH, | CASE NO. CV F 11-0054 LJO SKO |
| Plaintiff, | (Doc. 140.) |
| vs. | |
| TIMOTHY GEITHNER, Secretary of the Treasury, | |
| Defendant. _____ / | |
| RUDY JACKSON, | CASE NO. CV F 11-0055 LJO SKO |
| vs. | (Doc. 140.) |
| TIMOTHY GEITHNER, Secretary of the Treasury, | |
| Defendant. _____ / | |

Based on the parties' stipulation, this Court:

1. VACATES the May 26, 2011 hearing on defendant's respective summary judgment motions;
2. ORDERS plaintiffs, no later than May 19, 2011, to file and serve papers to oppose summary judgment; and
3. ORDERS defendant, no later than May 26, 2011, to file and serve reply papers.

Pursuant to its practice, this Court will consider defendant's summary judgment motions on the record without oral argument, unless this Court orders otherwise.

IT IS SO ORDERED.

**Dated:   May 2, 2011**                               **/s/ Lawrence J. O'Neill**
                                                      UNITED STATES DISTRICT JUDGE